*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael S Roadcloud
    Debtor(s)

Case No: 18–14008–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Michael S Roadcloud's Objection to Certification of Default filed by Creditor Pennsylvania Housing Finance Agency

    on: 8/20/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/18/19

Timothy B. McGrath
Clerk of Court

57 – 56
Form 167