**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Michael S. Roadcloud <br>          Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br>          Movant <br> vs. | NO. 18-14008 MDC |
| Michael S. Roadcloud <br>          Debtor | |
| William C. Miller Esq. <br>          Trustee | |

## ORDER

**AND NOW**, upon consideration of the Objection to Certificate of Default [Dk. No. 56] filed by Debtor, Michael Roadcloud ("Debtor"), it is hereby **ORDERED:**

1. The hearing to determine Debtor's Objection is continued to **October 1, 2019 at 10:30 am**, Courtroom 2 of the Robert N.C. Nix. Sr. Federal Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA 19107;

2. Counsel for Debtor is Ordered to Appear at the above referenced hearing;

3. Debtor is permitted to withdraw funds from his Nationwide deferred compensation account in order to satisfy the post-petition delinquency of $2,618.52 consisting of monthly payments of $636 for the months of May through August 2019, plus late charges of $18.63 from May through August 2019.

4. Debtor shall have thirty (30) days from the date of this Order to deliver the above referenced amount in certified funds to Counsel for Pennsylvania Housing Finance Agency at the below address:

c/o Kevin G. McDonald, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

5.  Debtor's September 2019 payment in the amount of $636 is due on September

1, 2019.


Date:   August 20, 2019


Approved by the Court this ___ day of _____, 2019.


_____

Bankruptcy Judge
Magdeline D. Coleman