IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :      Chapter 13


Michael S Roadcloud       :      No.  18-14008-mdc
   Debtor


### PRAECIPE TO WITHDRAW


Pursuant to the above-captioned matter, kindly withdraw the Amended Motion to Pay and attached Order filed on September 25, 2019.


/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600


Dated:  October 2, 2019