## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael S. Roadcloud

       Debtor

_____

PENNSYLVANIA HOUSING FINANCE
AGENCY
     v.
Michael S. Roadcloud
     and
William C. Miller Esq.
       Trustee

Chapter 13

NO. 18-14008 MDC

## ORDER

AND NOW, this $\mathcal{2}6^{th}$ day of _November_, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 8, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7132 Theodore Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. C_____

Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list