```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


       IN RE:                       :      CHAPTER 13
       Michael S. Roadcloud         :      No. 18-14008-MDC
           Debtor                   :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated December 19, 2019 was served upon the Chapter 13 Trustee, William C. Miller, Esq. and all creditors via first class mail on December 20, 2019.

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

12/20/19