```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 18-14008-mdc
Michael S Roadcloud                                                     Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Dec 20, 2019
                              Form ID: pdf900             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Michael S Roadcloud,    7132 Theodore Street,    Philadelphia, PA 19142-1520
14123295       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14123297       +Najah Williams,    1605 S. 17th Street,    Philadelphia, PA 19145-1524
14182871        Navient Solutions, LLC. on behalf of    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14296240       +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14123309        Pa. SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
14123310        Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
14123311       +Police And Fire Fcu,    1 Greenwood Square Office Park,    3333 Street Rd.,
                 Bensalem, PA 19020-2051
14352841       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PENNS,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14123312       +US Bank National Association,    211 North Front Street,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:08:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2019 03:08:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Dec 21 2019 03:08:17     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:15:16     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14123293       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2019 03:14:46     American Info Source,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14123294       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Dec 21 2019 03:08:48
                 Bridgecrest Credit Company, LLC,    PO BOX 29018,    Phoenix, AZ 85038-9018
14256069       +E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:42
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14123296        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:45     LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14182466        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14123298       +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2019 03:13:58     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14123299       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 21 2019 03:08:57     Navy FCU,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123305       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 21 2019 03:08:57     Navy Federal Cr Union,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123307       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 21 2019 03:08:57     Navy Federal Cu,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14183088       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 21 2019 03:07:50     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14123691       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:14:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14123308       +E-mail/Text: blegal@phfa.org Dec 21 2019 03:08:17     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14123313       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2019 03:07:41
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14123300*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123301*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123302*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123303*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123304*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14123306*      +Navy Federal Cr Union,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
                                                                                               TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Dec 20, 2019
                               Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Michael S Roadcloud dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Michael S. Roadcloud            :        Chapter 13

          Debtor(s)                 :        Bankruptcy No. 18-14008-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

      1. This chapter 13 bankruptcy case is **DISMISSED**.

      2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

      3. Any wage orders previously entered are **VACATED**.

      4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

      5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

      6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: December 19, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE