**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Michael S. Roadcloud, | : | |
|         Debtor. | : | Bankruptcy No. 18-14008-MDC |

# O R D E R

**AND NOW, WHEREAS**, David M. Offen (the "Applicant"), has caused to be filed with the court an Application for Compensation and Reimbursement of Expenses (the "Application"), by which the Applicant seeks compensation for legal services in the amount of $5,000.00.[1]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount that the court is authorized pursuant to L.B.R. 2016-3(a)(1) to allow in chapter 13 cases involving below-median debtors.

**AND**, L.R.B.P. 2016-2 prescribes that an application for compensation required by F.R.B.P. 2016(a) shall include, among other things, the time expended for each service and a list by type of the expenses for which reimbursement is sought.

**AND**, the Applicant has failed to comply with L.R.B.P. 2016-2(a)(1) and (2) in that the Applicant has not provided a description of services performed and the professional time expended.

It is hereby **ORDERED** that:

1.    Within fourteen days of the entry of this Order, the Applicant shall file a supplement to the Application that satisfies the requirements of L.R.B.P. 2016-2; and

---

[1] Bankr. Docket No. 33.

2. If the Applicant does not comply with the requirements of Paragraph 1 of this Order, the Court may, without further notice or hearing, allow compensation in an amount less than the amount requested by the Application.

Dated: February 11, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

David M. Offen, Esquire
The Curtis Center
Suite 160 West
601 Walnut Street
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912