United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14008-mdc
Michael S Roadcloud                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Feb 12, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db              +Michael S Roadcloud,    7132 Theodore Street,    Philadelphia, PA 19142-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Michael S Roadcloud dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :    Chapter 13

     Michael S. Roadcloud,                :

          Debtor.                          :    Bankruptcy No. 18-14008-MDC

# <u>O R D E R</u>

**AND NOW, WHEREAS**, David M. Offen (the "Applicant"), has caused to be filed with the court an Application for Compensation and Reimbursement of Expenses (the "Application"), by which the Applicant seeks compensation for legal services in the amount of $5,000.00.[1]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount that the court is authorized pursuant to L.B.R. 2016-3(a)(1) to allow in chapter 13 cases involving below-median debtors.

**AND**, L.R.B.P. 2016-2 prescribes that an application for compensation required by F.R.B.P. 2016(a) shall include, among other things, the time expended for each service and a list by type of the expenses for which reimbursement is sought.

**AND**, the Applicant has failed to comply with L.R.B.P. 2016-2(a)(1) and (2) in that the Applicant has not provided a description of services performed and the professional time expended.

It is hereby **ORDERED** that:

1.     Within fourteen days of the entry of this Order, the Applicant shall file a supplement to the Application that satisfies the requirements of L.R.B.P. 2016-2; and

---

[1] Bankr. Docket No. 33.

2.      If the Applicant does not comply with the requirements of Paragraph 1 of this Order, the

Court may, without further notice or hearing, allow compensation in an amount less than the amount

requested by the Application.

Dated:  February 11, 2020

_____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

David M. Offen, Esquire
The Curtis Center
Suite 160 West
601 Walnut Street
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

2