IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Michael S Roadcloud | : | No. 18-14008-MDC |
| Debtor | : | |

O R D E R

AND NOW, this 24th day of February, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE MAGDELINE D COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Michael S Roadcloud

PAYROLL CONTROLLER
City of Philadelphia
7901 State Road
Philadelphia, PA 19136